UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-cv-61426-WPD

LOUISE SEALY, individually and on behalf of other similarly situated individuals,

    Plaintiff,

v.

THE KEISER SCHOOL, INC., a Florida corporation, d/b/a/ Keiser University,

    Defendant.
_____/

## CONSENT TO BECOME A PARTY PLAINTIFF

I hereby give my consent to become a party Plaintiff in the above-captioned action.

I have been an admission advisor/ admissions counselor for **The Keiser School, Inc.** in _____ (city/state), from on or about _____ (date) to _____ (date).

I understand that this lawsuit is being brought under the Fair Labor Standards Act of 1938, 29 U.S.C. §216(b). I hereby consent and opt-in to become a plaintiff herein and agree to be bound by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by my attorneys, Lubell & Rosen, LLC, and approved by this Court as fair and reasonable.

I hereby designate and authorize Lubell & Rosen, LLC to represent me in this action and agree to be bound by the fee agreement entered into by the named Plaintiff, Louise Sealy. I further authorize my attorneys (with the aid of the designated Plaintiffs/Claimants in attendance) to be my representatives in the mediation and/or settlement of this lawsuit and my claims under

the FLSA against the Defendant, **The Keiser School, Inc.**, with full authority to settle or resolve those claims.

I have had the opportunity to review the Contingency Retainer Agreement in this matter.

_____        _____
Signature                                                                          Printed Name

Please print or type the information below:

Name:                     _____

Street and Number:   _____

City/State/Zip:           _____

Telephone Nos.:        _____