UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:11-cv-61426-WPD

LOUISE SEALY, individually and on behalf of other similarly situated individuals,

    Plaintiff,

v.

THE KEISER SCHOOL, INC., a Florida corporation, d/b/a/ Keiser University; and EVERGLADES COLLEGE, INC., a Florida corporation, d/b/a/ Keiser University, and as successor to The Keiser School, Inc., a Florida corporation;

    Defendants.
_____/

## FINAL ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

THIS CAUSE having come before the Court upon the Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice, filed herein on August 8, 2013 by Defendants and Plaintiff Louise Sealy and all persons who timely filed notices of opting-in to this civil action and who have not been compelled to arbitration [DE 232]. The Court has carefully considered the Joint Motion, reviewed the Settlement Agreement [DE 232-1 to 232-15, 237, 237-1 to 237-5], and having conducted a fairness hearing on September 6, 2013, is fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice [DE 232] is **GRANTED**;

2. The Settlement Agreement [DR 232-1] attached to the Joint Motion, including all subsequent signature pages [DE 237] with exhibits and any others later received

1

but not filed with the Court] is hereby **APPROVED**. The Court holds that the Settlement Agreement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act.

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

4. The above-styled cause is hereby **DISMISSED WITH PREJUDICE**, with each party bearing their own attorney's fees and costs, except as otherwise agreed in writing.

5. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of September, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record